# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Howell, Beryl A. | US District Court for the District of Columbia | 05/03/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Court Judge (active) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

US Courthouse, Room 6600
333 Constitution Avenue, NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Commissioner | United States Sentencing Commission |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/17/2010 | Stroz Freedberg Joinder Agreement to Securities Purchase Agreement |
| 2. 4/20/2009 | Separation agreement with Stroz Friedberg |
| 3. 3/12/2007 | Stroz Friedberg Equity Incentive Plan/Restricted Stock Unit Award; no control |
| 4. 1/20/2008 | Stroz Friedberg Equity Incentive Plan / Restricted Stock Unit Award Agreement; no control |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 05/03/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Howard Hughes Medical Institute, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Columbia University School of Law | March 5, 2013 | New York, NY | Speak to law students | Round trip transportation by train between Washington DC and New York |
| 2. | MIPTV | April 6 - 9, 2013 (spouse) | Cannes, France | Give keynote talk at documentary television conference | Hotel and ground transportation. Conference attendance fee waived. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 05/03/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 05/03/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts (svgs, money market,) checking) | A | Interest | L | T | | | | | |
| 2. Schwab Gov't Money Fund | A | Interest | M | T | | | | | |
| 3. Stroz Friedberg LLC, stock and RSU's | | None | P1 | W | Sold (part) | 03/06/13 | J | | Stroz Friedberg LLC |
| 4. Vanguard Growth Index Fund (401K) | | None | | | Closed | 05/23/13 | L | | |
| 5. Vanguard Inflation Protection Security 401K) | | None | | | Buy | 05/23/13 | K | | |
| 6. | | None | | | Closed | 12/13/13 | K | | |
| 7. Vanguard Emerging Markets Stock Index (401K) | | None | | | Buy | 05/23/13 | K | | |
| 8. | | None | | | Closed | 12/13/13 | K | | |
| 9. TIAA Cref Oakmark Int'l 401K | | None | K | T | Buy | 12/18/13 | K | | |
| 10. TIAA Cref Vanguard Emerging Mkts 401K | | None | K | T | Buy | 12/18/13 | K | | |
| 11. TIAA Cref Eagle Small Cap Growth 401K | | None | K | T | Buy | 12/18/13 | K | | |
| 12. TIAA Cref Ivy Midcap Growth 401K | | None | K | T | Buy | 12/18/13 | K | | |
| 13. TIAA Cref Dreyfus Research Growth Fd 401K | | None | K | T | Buy | 12/18/13 | K | | |
| 14. TIAA Cref Black Rock Strategic Inc Opp 401K | | None | K | T | Buy | 12/18/13 | K | | |
| 15. TIAA Cref Vanguard Target 2020 | | None | K | T | Buy | 12/18/13 | K | | |
| 16. American Funds VCPS/College America Money Market Fund 529F1 | | None | M | T | Distributed (part) | 07/01/13 | J | | |
| 17. | | | | | Distributed (part) | 07/24/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 05/03/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Distributed (part) | 12/13/13 | K | | |
| 19. | | | | | Distributed (part) | 12/23/13 | M | | |
| 20. American Funds Fundamental Investors 529F1 | | None | K | T | Buy | 12/23/13 | K | | |
| 21. American Funds New World Fund 529F1 | | None | K | T | Buy | 12/23/13 | K | | |
| 22. American Funds SmallCap World Fund 529F1 | | None | K | T | Buy | 12/23/13 | K | | |
| 23. American Funds Growth Fund of America 529F1 | | None | K | T | Buy | 12/23/13 | K | | |
| 24. American Funds Income Fund of America 529F1 | | None | J | T | Buy | 12/23/13 | J | | |
| 25. American Funds New Economy Fund 529F1 | | None | K | T | Buy | 12/23/13 | K | | |
| 26. American Funds Washington Mutual Investors Fund | | None | J | T | Buy | 12/23/13 | J | | |
| 27. MONY whole life insurance policy | A | Interest | J | T | | | | | |
| 28. Fairfax County, VA Tax Exempt Bond | A | Interest | | | Sold | 04/01/13 | K | | |
| 29. US Treasure Note 1.0% due 8/31/16 | | None | L | T | Buy | 11/26/13 | L | | |
| 30. US Treasury Note 1% due 9/30/16 | | None | L | T | Buy | 11/26/13 | L | | |
| 31. US Treasury Note 1% due 10/31/16 | | None | L | T | Buy | 12/03/13 | L | | |
| 32. Baron Growth Fund | | None | J | T | Buy | 12/19/13 | J | | |
| 33. Ishares DJ US Oil Equipment ETF | A | Dividend | M | T | Buy (add'l) | 05/03/13 | M | | |
| 34. Ishares Russell 1000 Growth | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ishares Rusel Midcap Growth ETF | A | Dividend | J | T | Buy | 12/18/13 | J | | |
| 36. Turner Large Core Growth Institutional ETF Fund | | None | J | T | | | | | |
| 37. US Inflation Index Bond --Government bond | B | Interest | N | T | | | | | |
| 38. Pimco Real Return Inst Fund | A | Dividend | J | T | Sold (part) | 12/03/13 | J | | |
| 39. SPDR S & P Biotech ETF | A | Dividend | M | T | Buy (add'l) | 05/30/13 | L | | |
| 40. Technology SPDR | C | Dividend | M | T | | | | | |
| 41. Ishares Comex Gold Trust Fund | | None | J | T | | | | | |
| 42. Ishares DJ US Transportation Index Fd | B | Dividend | M | T | | | | | |
| 43. Ishares Health Care Providers Index Fd | A | Dividend | L | T | | | | | |
| 44. Ishares S & P N American Natural Resource Fd | A | Dividend | L | T | | | | | |
| 45. Ishares TR Russel 2000 Growth Index | A | Dividend | M | T | | | | | |
| 46. Sector SPDR Con Staples | A | Dividend | K | T | Buy | 11/21/13 | K | | |
| 47. Sector SPDR Materials | A | Dividend | K | T | Buy | 11/21/13 | K | | |
| 48. Sector SPDR Financial Select Shares | B | Dividend | M | T | | | | | |
| 49. SPDR Consumer Discretioanry ETF | B | Dividend | M | T | | | | | |
| 50. SPDR Gold Shares | | None | K | T | | | | | |
| 51. SPDR Healthcare ETF | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 05/03/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPDR Industrials ETF | C | Dividend | M | T | | | | | |
| 53. Vanguard FTSE Emerging Markets | C | Dividend | M | T | Buy | 04/10/13 | M | | |
| 54. | | | | | Buy (add'l) | 11/15/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 05/03/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII Investments and Trusts)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Beryl A. Howell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544